

RECEIVED
IN MONROE, LA.
MAR 0 9 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MAUDIE WILLIAMS | CIVIL ACTION NO. 10-1025 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SMURFIT-STONE CONTAINER ENTERPRISES, INC., ET AL. | MAG. JUDGE KAREN L. HAYES |

### ORDER

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 23], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Smurfit-Stone Container Corporation's Motion to Dismiss [Doc. No. 13] is DENIED.

MONROE, LOUISIANA, this 8 day of March, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE